Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____March 18_____ 20_26_

By _____ Joshua C. Lewis
                      Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEE DRAPER,<br><br>Defendant. | NO. **CR26-5100** DGE<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about January 22, 2026, in Thurston County, within the Western District of Washington, MICHAEL LEE DRAPER, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

  i.   *Possession of a Stolen Firearm*, in the Lewis County Superior Court, under case number 08-1-00622-5, on or about February 23, 2009;

  ii.  *Unlawful Possession of a Firearm*, in the Lewis County Superior Court, under case number 08-1-00622-5, on or about February 23, 2009; and

Indictment - 1
*United States v. Michael Lee Draper*
USAO No. 2026R00104

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

iii.    *Identity Theft in the First Degree*, in the Thurston County Superior Court, under case number 11-1-00806-5, on or about July 6, 2011,

knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is: a black AR-style rifle bearing no serial number and a black pistol bearing no serial number.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, MICHAEL LEE DRAPER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to, the following firearms and ammunition seized from MICHAEL LEE DRAPER on or about January 22, 2026:

a.    One black AR-style rifle bearing no serial number, and any associated ammunition; and

b.    One black pistol bearing no serial number, and any associated ammunition.

//

//

//

Indictment - 2
*United States v. Michael Lee Draper*
USAO No. 2026R00104

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or,

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 3/18/2026

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

SARAH Y. VOGEL
Criminal Chief
Assistant United States Attorney

_____

MARCI L. ELLSWORTH
Assistant United States Attorney

_____

VICTORIA CANTORE
Assistant United States Attorney

Indictment - 3
*United States v. Michael Lee Draper*
USAO No. 2026R00104

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800