**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: Michael Lee Draper<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☒ Yes      ☐ No                If yes:  Complaint<br><br>If yes, please enter the cause number below:<br><br>      CR <u>Enter CR Cause Number here.</u>      or      MJ <u>26-05020</u><br><br>Has the Defendant had an initial appearance in this case in this district?    ☒ Yes      ☐ No |
| **Defendant Location** | ☒ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: <u>Enter other District here.</u><br><br>☐ In custody (different cause number) in another District: <u>Enter other info here.</u><br><br>☐ In local custody: <u>Enter local jurisdiction here.</u><br><br>☐ In the community on supervision under cause number: <u>Enter cause number here.</u><br><br>☐ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☒ Continue Detention<br><br>☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☐ Warrant to Issue (MUST provide *Defendant Arrest Warrant*).<br><br>☐ Summons to be issued for: Click or tap to enter a date.<br><br>    ☐ Defendant Address: <u>Click or tap here to enter text.</u><br><br>☒ Letter to defense counsel for appearance on: 3/31/2026<br><br>    ☒ Defense Counsel name and address: Heather Carroll, heather_carroll@fd.org |
| **Trial** | Estimated trial length (days): 3 days |